STATE OF NEW JERSEY v. WESLEY RAY BOLTON.

May 22, 1984.

Petition for certification denied.

ELGER MENEFEE v. RUTGERS, THE STATE UNIVERSITY.

May 22, 1984.

Petition for certification denied.

IN THE MATTER OF THE TRUST UNDER THE LAST WILL
AND TESTAMENT OF CHARLES F. POST F/B/O
WILLIAM C. POST.

May 22, 1984.

Petition for certification granted.

NIKI TRADING CORPORATION v. MICHAEL M. CANTOR.

May 22, 1984.

Petition for certification denied.